involved. We're on schedule halves. It's almost 9 PM, and we're just sort of going with it. So we just want to be as optimistic as the rule of thumb and let's hope we can arrive there, because if we're not, then we need to find a new proposal. So we just want to be as optimistic as the rule of thumb and let's hope we can arrive there, because if we're not, then we need to find a new proposal. I